UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

HIMELDA MENDEZ,

                           Plaintiff,

                -against-

GALLERIA CA D'ORO NEW YORK, LLC,

                           Defendant.

-----------------------------------------------------------------X

19-CV-08131 (PGG)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

       Plaintiff filed this action on August 30, 2019, and served Defendant on September 30, 2019. Defendant's time to respond to the complaint expired on October 21, 2019. Plaintiff is ordered to file a letter by no later than Monday, February 3, 2020, updating the Court as to the status of this matter. The letter should include a brief statement as to whether Plaintiff intends to move for default judgment, or whether the Court should act within its power to dismiss this case for failure to prosecute under Rule 41(b). Failure to submit a letter by the deadline above may result in dismissal of the case.

**SO ORDERED.**

                                                        _____
                                                        SARAH NETBURN
                                                        United States Magistrate Judge

DATED:     January 27, 2020
               New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/27/2020